AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Everette Osgood and Peggy Osgood,
        Plaintiffs,

V.

William Reilly Law Offices, P.C.; and Hertage Credit Union,
        Defendants.

CASE NUMBER: 11-cv-50076

ASSIGNED JUDGE: Judge Reinhard

DESIGNATED MAGISTRATE JUDGE: P. Michael Mahoney

TO: (Name and address of Defendant)

Heritage Credit Union
5959 E. State St.
Rockford, IL 61108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 3-25-11

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/7/11 |
| NAME OF SERVER (PRINT) Nathan Williams | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Robin Lewis at Heritage Credit Union

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/11
         Date            Signature of Server

500 E. Milwaukee, Janesville WI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.