**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| EVERETTE OSGOOD and | ) | |
| PEGGY OSGOOD, | ) | |
| | ) | 3:11cv50076 |
| Plaintiffs, | ) | |
| | ) | Judge Reinhard |
| vs. | ) | |
| | ) | |
| WILLIAM REILLY LAW OFFICES, P.C.; | ) | |
| and HERITAGE CREDIT UNION; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Everette and Peggy Osgood hereby dismiss their claims against Defendants William Reilly Law Offices, P.C. and Heritage Credit Union, with prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Catherine A. Ceko, hereby certify that on July 7, 2011, the foregoing document was filed electronically. A copy of the foregoing document was sent via email to the following parties:

Jeannette M. Conrad
Jeannette_conrad@gschllc.com

Matthew T. Glavin
mglavin@hinshawlaw.com

                                                                          s/Catherine A. Ceko
                                                                          Catherine A. Ceko